SCWC-11-0000697

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————

LOUIS ROBERT SANTIAGO, as Trustee of the Louis Robert Santiago
Revocable Living Trust dated November 17, 1999, as amended, and
YONG HWAN SANTIAGO, as Trustee of the Yong Shimabukuro Revocable
Living Trust dated July 25, 1996, as amended,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

RUTH TANAKA, Respondent/Defendant-Appellee/Cross-Appellant.

———————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000697; CIVIL NO. 08-1-0094)

ORDER GRANTING IN PART AND DENYING IN PART
MOTION FOR RECONSIDERATON
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Respondent/Defendant-

Appellee/Cross-Appellant Ruth Tanaka's motion for

reconsideration, filed on January 6, 2016, the papers in support

thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted in

part as reflected in the modifications to footnotes 37 and 40 in

the amended opinion filed herewith; otherwise, the motion is denied.

DATED: Honolulu, Hawaiʻi, January 15, 2016.

Gary Victor Dubin and
Frederick J. Arensmeyer
for petitioner

Robert Goldberg
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

